JONATHAN B. COLE (SBN 70460)
jcole@nemecek-cole.com
MATTHEW J. HAFEY (SBN 167122)
mhafey@nemecek-cole.com
NEMECEK & COLE
A Professional Corporation
15260 Ventura Boulevard, Suite 920
Sherman Oaks, California 91403-5344
Telephone: (818) 788-9500
Facsimile: (818) 501-0328

Attorneys for Defendant/Cross-Complainant
CAROLINA CASUALTY INSURANCE
COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JAMISON STAFFORD,<br><br>Plaintiff,<br><br>-vs-<br><br>CAROLINA CASUALTY INSURANCE COMPANY, and DOES 1 through 100,<br><br>Defendants. | Case No. CV 09-01857-RGK (JCx)<br><br>[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE |

The Court, having considered the stipulation of counsel and GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that this matter, including all counterclaims, is dismissed in its entirety WITH PREJUDICE, with each of the parties to bear its/his own attorney's fees and costs.

DATED: ~~December~~ JAN 2 5 2010, 2009

_____
UNITED STATES DISTRICT JUDGE

-1-

1559088P.19 Order Dismiss.wpd    STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER